**Earnings Statement**                                                   SMITH, CHRISTINA LOUISE

Company: 0BL82 - BRIGHTON HOSPICE MINNESOTA LLC
9800 S MONROE ST. STE 808
SANDY  UT  84070   (801) 996-3217

Pay Date: 06/20/2025
Period Start: 06/01/2025
Period End: 06/14/2025

Emp #: A2G4
Dept: 4 - Site 1 - CNA Team
Pay Basis: Hourly

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 21.50 | 49.80 | 1070.70 | 7826.03 |
| Bereavement | 21.50 | 0.00 | 0.00 | 516.00 |
| Paid Time Off | 21.50 | 4.62 | 99.33 | 794.64 |
| Self-Care Day | 21.50 | 0.00 | 0.00 | 172.00 |
| Approved Unpaid Leave | 0.00 | 8.50 | 0.00 | 0.00 |
| Brighton Bonus | | | 0.00 | 180.72 |
| *Commute Incentive* | *0.63* | *394.00* | *248.22* | *1277.01* |
| Holiday | 21.50 | 0.00 | 0.00 | 344.00 |
| **Gross** | | 62.92 | 1418.25 | 11110.40 |

*Hours for italicized entries are already included in totals once.*

| W/H Taxes | Current Period | Year To Date |
|---|---|---|
| Federal W/H(S) | 60.05 | 585.48 |
| Medicare | 16.73 | 136.12 |
| Social Security | 71.54 | 582.05 |
| Minnesota State W/H(S/8) | 0.00 | 199.00 |

| Deductions | Current Period | Year To Date |
|---|---|---|
| Accident Plan | 3.49 | 104.77 |
| Critical Illness Employee | 16.88 | 16.88 |
| Dental | 9.68 | 67.76 |
| FSA Healthcare | 71.43 | 371.43 |
| Hospital Indemnity | 8.22 | 57.54 |
| Life Team Member | 0.65 | 4.55 |
| Long-term Disability | 9.12 | 63.84 |
| Medical 4 | 180.00 | 1260.00 |
| Mileage Reimbursement | -89.71 | -919.93 |
| Phone Reimbursement | -23.08 | -161.56 |
| Short-term Disability | 7.20 | 50.40 |
| Vision | 3.33 | 23.31 |
| **Net Pay** | 1072.72 | 8668.76  Voucher No. 669447823DD |

**Net Pay Distribution**

|  | Current Period | Year To Date |
|---|---|---|
|  | 1072.72 | 8668.76  A/C:9390 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Life (Brighton) * | 0.52 | 3.64 | *Memo Only | |
| Bereavement Hours (Hours) | 0.00 | 24.00 | 24.00 | 0.00 |
| PTO Hours (Hours) | 4.62 | 37.34 | 32.72 | 4.62 |
| Self Care Day 2 Hours (Hours) ** | | 8.00 | 8.00 | 0.00 |
| Social Awareness Day 2 Hours (Hours) ** | | 8.00 | 8.00 | 0.00 |

**Accruals balances are accurate as of processing 06/17/2025 03:16 pm

# Earnings Statement

**SMITH, CHRISTINA LOUISE**

Company: 0BL82 - BRIGHTON HOSPICE MINNESOTA LLC
9800 S MONROE ST. STE 808
SANDY  UT  84070   (801) 996-3217

Pay Date: 08/01/2025
Period Start: 07/13/2025
Period End: 07/26/2025

Emp #: A2G4
Dept: 4 - Site 1 - CNA Team
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 21.50 | 53.05 | 1140.58 | 11218.31 |
| Bereavement | 21.50 | 0.00 | 0.00 | 516.00 |
| Paid Time Off | 21.50 | 9.24 | 198.66 | 1092.63 |
| Self-Care Day | 21.50 | 0.00 | 0.00 | 172.00 |
| Social Awareness Day | 21.50 | 0.00 | 0.00 | 172.00 |
| Approved Unpaid Leave | 0.00 | 4.00 | 0.00 | 0.00 |
| Brighton Bonus | | | 0.00 | 180.72 |
| *Commute Incentive* | *0.63* | *357.00* | *224.91* | *1909.53* |
| Holiday | 21.50 | 0.00 | 0.00 | 516.00 |
| **Gross** | | 66.29 | 1564.15 | 15777.19 |

*Hours for italicized entries are already included in totals once.*

| | | | Current Period | Year To Date |
|---|---|---|---|---|
| **W/H Taxes** | | | | |
| Federal W/H(S) | | | 77.56 | 815.09 |
| Medicare | | | 18.85 | 192.29 |
| Social Security | | | 80.58 | 822.20 |
| Minnesota State W/H(S/8) | | | 0.00 | 199.00 |
| **Deductions** | | | | |
| Accident Plan | | | 3.49 | 115.24 |
| Critical Illness Employee | | | 16.88 | 67.52 |
| Dental | | | 9.68 | 96.80 |
| FSA Healthcare | | | 71.43 | 585.72 |
| Hospital Indemnity | | | 8.22 | 82.20 |
| Life Team Member | | | 0.65 | 6.50 |
| Long-term Disability | | | 9.12 | 91.20 |
| Medical 4 | | | 180.00 | 1800.00 |
| Mileage Reimbursement | | | -92.15 | -1169.21 |
| Phone Reimbursement | | | -23.08 | -230.80 |
| Short-term Disability | | | 7.20 | 72.00 |
| Vision | | | 3.33 | 33.30 |
| **Net Pay** | | | 1192.39 | 12198.14  Voucher No. 681446423DD |
| **Net Pay Distribution** | | | | |
| | | | 1192.39 | 12198.14 A/C:9390 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Life (Brighton) * | 0.52 | 5.20 | *Memo Only | |
| Bereavement Hours (Hours) | 0.00 | 24.00 | 24.00 | 0.00 |
| PTO Hours (Hours) | 4.62 | 51.20 | 46.58 | 4.62 |
| Self Care Day 2 Hours (Hours) ** | | 8.00 | 8.00 | 0.00 |
| Social Awareness Day 2 Hours (Hours) ** | | 8.00 | 8.00 | 0.00 |

**Accruals balances are accurate as of processing 07/30/2025 12:47 pm

## Payments

| Date | | |
|---|---|---|
| 05/30/2025 | 1746.62 | 1256.96 |
| 05/16/2025 | 1379.66 | 971.78 |
| 05/02/2025 | 1518.83 | 1053.15 |
| 04/18/2025 | 1615.11 | 1163.02 |
| 04/04/2025 | 1643.67 | 1174.84 |
| 03/21/2025 | 1431.16 | 1161.08 |

## Wages

| Pay | Hours | Wages |
|---|---|---|
| Regular Straight Time | 53.50 | 1163.63 |
| Shift - Evening | 52.90 | 52.90 |
| Time Off - Unscheduled | 7.50 | 163.13 |
| Total | 113.90 | 1379.66 |

## Taxes

| Deduction | Amount | Taxable Wages |
|---|---|---|
| Federal W/H | 58.46 | 1140.51 |
| Medicare - EE | 17.14 | 1181.89 |
| Minnesota W/H | | 1140.51 |
| Social Security/FICA - EE | 73.28 | 1181.89 |
| Total | 148.88 | |

## Pretax Deductions

| Deduction | Amount |
|---|---|
| 401k - Prcnt EB EE | 41.38 |
| Dental - EE P/T | 9.17 |
| Medical - EE P/T | 87.08 |
| Spending Acct - Med Full P/T | 100.00 |
| Voluntary - Vision | 1.52 |
| Total | 239.15 |

## Aftertax Deductions

| Deduction | Amount |
|---|---|
| Life - EE A/T | 2.82 |
| Optional ADD EE A/T | 1.64 |

## Summary

Printable Pay Stub
Check Number
Payment Date
Period End Date
Gross Wages
Net Pay
Check Amount
Currency
Routing Number
Bank Account    xxxxxxxxxxxxxxxxx
Description
Deposit Amount

7/30/25, 7:29 PM

7-25-25

## Pay Checks

### Payments

| Date | Gross | Net |
|---|---|---|
| 07/25/2025 | 856.19 | 556.94 |
| 07/11/2025 | 1377.70 | 970.25 |
| 06/27/2025 | 1377.89 | 970.42 |
| 06/13/2025 | 1386.66 | 977.22 |
| 05/30/2025 | 1746.62 | 1256.96 |

### Summary

- Printable Pay Stub
- Check Number
- Payment Date
- Period End Date
- Gross Wages
- Net Pay
- Check Amount
- Currency
- Routing Number
- Bank Account    xxxxxxxxxxxxxxxxx
- Description
- Deposit Amount

### Wages

| Pay | Hours | Wages |
|---|---|---|
| Regular Straight Time | 30.10 | 661.31 |
| Shift - Evening | 30.10 | 30.10 |
| Time Off - ESST | 4.00 | 87.88 |
| Time Off - Unscheduled | 3.50 | 76.90 |
| Total | 67.70 | 856.19 |

### Taxes

| Deduction | Amount | Taxable Wages |
|---|---|---|
| Federal W/H | 5.58 | 632.74 |
| Medicare - EE | 9.55 | 658.42 |
| Minnesota W/H | | 632.74 |
| Social Security/FICA - EE | 40.82 | 658.42 |
| Total | 55.95 | |

### Pretax Deductions

| Deduction | Amount |
|---|---|
| 401k - Prcnt EB EE | 25.68 |
| Dental - EE P/T | 9.17 |
| Medical - EE P/T | 87.08 |
| Spending Acct - Med Full P/T | 100.00 |
| Voluntary - Vision | 1.52 |
| Total | 223.45 |

### Aftertax Deductions

| Deduction | Amount |
|---|---|
| Life - EE A/T | 2.82 |